**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 6, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00840-CV

---

**KIRBY INLAND MARINE, L.P., Appellant**

**V.**

**ISAAC GREEN, Appellee**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2020-46327**

---

## MEMORANDUM  OPINION

This is an appeal from an order signed December 3, 2020. On June 22, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.